FILED

2026 Feb-11  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

**TARA C. BURNETT,**
    Plaintiff,

**v.**

**GENERAL DYNAMICS LAND SYSTEMS,**
    Defendant.

**Case No. 1:24-cv-1750-CLM**

## MEMORANDUM OPINION

Pro se plaintiff Tara Burnett sues Defendant General Dynamics Land Systems ("GD-LS") for discrimination and retaliation under the Americans with Disabilities Act of 1990. GD-LS moves to dismiss Burnett's complaint for failure to properly serve them, lack of personal jurisdiction, and failure to state a claim. (Doc. 6). Alternatively, GD-LS requested that the court order Burnett to replead her complaint with sufficient particularity. So on January 13, 2026, the court deferred ruling on Defendant's motion to dismiss and ordered Burnett to amend her complaint by February 6, 2026, to address the pleading deficiencies that the court identified. (Doc. 13). That deadline has passed, and Burnett has not filed an amended complaint.

The court warned Burnett that if she "fail[ed] to timely file an amended complaint or adequately address the pleading deficiencies that the court has identified …, Burnett may be subject to sanctions including the dismissal of her complaint." (*Id.*) So for the reasons explained in the court's prior order, (doc. 13), the court **GRANTS** Defendant's motion to dismiss, (doc. 6). The court will enter a separate order consistent with this memorandum opinion that **DISMISSES** Burnett's complaint **WITHOUT PREJUDICE** and closes this case.

The court **DIRECTS** the Clerk of Court to send this order to Ms. Burnett's address of record.

**DONE** and **ORDERED** on February 11, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE